IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 15 PM 4:15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                           NO. 04-20411-Ma

LARRY HILL,

    Defendant.

---

## ORDER DIRECTING ISSUANCE OF
## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

The Clerk of the Court is hereby **ORDERED** to issue a Writ of Habeas Corpus ad Testificandum to the Shelby County Sheriff, 201 Poplar, Memphis, Tennessee, compelling him to produce **Cario Dotson**, Reg. No. 202664, and Booking No. 04123225, in Courtroom Number 2, Clifford Davis Federal Building, Memphis, Tennessee, to testify at the sentencing of defendant Larry Hill, before Judge Samuel H. Mays, Jr. on **Monday, July 18, 2002, at 9:00 a.m.**, and such other times as the Court may direct.

IT IS **SO ORDERED** this 14th day of July, 2005.

                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:04-CR-20411 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT