IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                    NO. 04-20411-Ma

LARRY HILL,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

    Before the court is the government's July 15, 2005, motion to reset the sentencing of Larry Hill, which is presently set for July 18, 2005. For good cause shown, the motion is granted. The sentencing of defendant Larry Hill is **reset to Tuesday, August 2, 2005, at 1:30 p.m.**

    It is so ORDERED this 15th day of July, 2005.

                                                  SAMUEL H. MAYS, JR.
                                                  UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-20-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:04-CR-20411 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT