IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 AUG 30 PM 5:03
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

VS.                                          NO. 04-20411-Ma

LARRY HILL,

    Defendant.

---

ORDER GRANTING APPLICATION FOR
WRIT OF *HABEAS CORPUS AD TESTIFICANDUM*

---

The Clerk of the Court is hereby **ORDERED** to issue a Writ of *Habeas Corpus ad Testificandum* to the Warden/Superintendent of Shelby County Jail, 201 Poplar Ave., Memphis, Tennessee, compelling him to produce **Cario Dotson, Booking No. 04123225, RNI No. 202664**, to appear in Courtroom No. 2, Clifford Davis Federal Building, Memphis, Tennessee, before Judge Samuel H. Mays, Jr. on **Friday, September 2, 2005, at 2:00 p.m.**, and such other times as the Court may direct.

IT IS **SO ORDERED** this 30th day of August, 2002.

/s/ Samuel H. Mays

SAMUEL H. MAYS, JR.

UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-6-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CR-20411 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT