UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY: CAS D.C.

2005 OCT -4 PM 1:41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr. No. 04-20411-Ma |
| ) | |
| LARRY HILL, ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD TESTIFICANDUM

Katrina U. Earley, Assistant U.S. Attorney applies to the Court for a Writ to have Cario Dotson, BKG #04125647, DOB 01-04-88, RNI #338422, is now being detained in the Shelby County Jail appear before the Honorable Samuel H. Mays, Jr. on 6th October, 2005, at 1:30 p.m. for sentencing hearing and for such other appearances as this Court may direct.

Respectfully submitted this 4th day of October, 2005.

*Katrina U. Earley*
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application,

DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF/WARDEN,

YOU ARE HEREBY COMMANDED to have Cario Dotson

appear before the Honorable Samuel H. Mays, Jr. at the date and time aforementioned.

ENTERED this 4 day of October, 2005.

UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 10-5-05

51

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 51 in case 2:04-CR-20411 was distributed by fax, mail, or direct printing on October 5, 2005 to the parties listed.

---

Katrina U. Earley
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT